## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASMINE PAUL SANCHEZ, | ) | 3:18-cv-00475-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 26, 2020 |
| WILLIAM GITTERE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's letter (ECF No. 25) requesting information about a court date.

Plaintiff is advised that according the court's docket sheet, there is no court date scheduled. The Scheduling Order (ECF No. 22) in this case set the following deadlines:

Discovery cut-off:    **June 22, 2020**
Dipositive motions:   **July 22, 2020**
Joint Pretrial Order: **August 21, 2020**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions or until further order of the court.

The District Judge will set a trial date once the parties have submitted their Joint Pretrial Order.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
          Deputy Clerk